

*Gozde Sur Hobstetter, Esq.*
112 West 34ᵗʰ Street Ste 17044, New York NY 10120
(347) 734-5132
Gozde.Hobstetter@gmail.com
Hobstetterlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/11/2025

March 11, 2025

RE:  1:24-CV-03437  Amanie Riley vs Charix LLC

Your Honor,

I respectfully request that the conference for this case scheduled for tomorrow and any other conference be adjourned until the motion to be relieved is decided.

I have contacted the opposing counsel regarding such adjournment request and he has consented.

/s/Gozde Hobstetter, Esq

Gozde Hobstetter, Esq

112 West 34ᵗʰ Street

Suite 17044

New York, NY 10120

Gozde.hobstetter@gmail.com

**APPLICATION GRANTED:** The Case Management Conference set for 3/12/2025 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, April 29, 2025 at 2:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/11/2025