Case 1:24-cv-03437-JHR-KHP   Document 28   Filed 04/18/25   Page 1 of 1

**Mars Khaimov Law, PLLC**

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2025

Honorable Magistrare Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

> Plaintiff's Letter Motion is GRANTED in part. The case management conference scheduled on April 29, 2025 is adjourned sine die. Plaintiff shall file proof of service on Defendant of the order at ECF No. 26 **by May 2, 2025**.
>
> SO ORDERED:
>
> *Katharine H. Parker*   4/18/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Re:   *Case 1:24-cv-03437-JHR-KHP Riley v. Charix, LLC*
       Request to Adjourn Conference

To the Honorable Judge Parker,

    Plaintiff submits this letter-motion respectfully to request an adjournment of the case management conference currently scheduled for April 29, 2025. Plaintiff's Counsel will be traveling during the week of the conference, and will be unable to attend the conference in-person. As such, Plaintiff respectfully requests that the conference be adjourned to May 6, 2025, or a date thereafter more suitable to the Court. If granted, this office will serve Defendant with the new notice of conference immediately.

    In the alternative, Plaintiff also respectfully proposes to the Court that the conference be cancelled, and Plaintiff be allowed to seek a default judgment herein, in light of the fact that the corporate Defendant has not retained new counsel herein. Your Honor's March 11, 2025 Order advised Defendant that it must retain new counsel by April 11, 2025 or else risk defaulting in the action.

    This is the first time Plaintiff is requesting this relief. We thank the Court for its consideration of this matter.

                                Respectfully submitted,


                                */s/ Mars Khaimov*
                                Mars Khaimov, Esq.
                                Attorney for Plaintiff

